UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 18, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:16-mj-00062-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| OSVALDO HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Osvaldo Hernandez</u>; Case <u>2:16-mj-00062-KJN</u>

from custody and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Unsecured Appearance Bond in the amount of $100,000.00, cosigned

        by defendants parents Lorenzo Hernandez and Yolanda Munoz

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond in the amount of

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions</u>: **defendant to be released on**

        **Monday 3/21/2016 at 9:00 AM to the custody of Pretrial Services**

Issued at <u>Sacramento, CA</u> on \_\_\_\_\_<u>3/18/2016</u>\_\_\_\_\_ at _2:20 pm_

By _____

Kendall J. Newman
United States Magistrate Judge