UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:16-mj-00062-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| OSVALDO HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Osvaldo Hernandez; Case 2:16-mj-00062-KJN from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $100,000.00, cosigned by defendants parents Lorenzo Hernandez and Yolanda Munoz

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond in the amount of

    __   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Supervision/Conditions: **defendant to be released on Monday 3/21/2016 at 9:00 AM to the custody of Pretrial Services**

Issued at _Sacramento, CA_ on ___3/18/2016___ at _2:20 p.m._

By _____
Kendall J. Newman
United States Magistrate Judge